OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458    MAR 26 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

3/25/2015
JOHNSON, KENNETH RAY    Tr. Ct. No. CR23,287-B    WR-78,231-08
This is to advise that the Court has denied without written order on the findings of the trial court after hearing the application for writ of habeas corpus.

Abel Acosta, Clerk

PRESIDING JUDGE 20TH DISTRICT COURT
P O BOX 728
CAMERON, TX 76520                    U TF